JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 19-1601 PA (SPx) | Date | September 9, 2019 |
|---|---|---|---|

| Title | Adrienne Kaplan v. Target Corporation |
|---|---|

Present: The Honorable  PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - ORDER TO SHOW CAUSE

The parties have filed a Stipulation Confirming Limit of Plaintiff's Damages. (Docket No. 13.) According to that Stipulation, plaintiff has agreed that she does not seek damages in excess of the jurisdictional minimum required for this Court to exercise diversity jurisdiction over this matter under 28 U.S.C. § 1332 and the parties agree to the remand of this action. Pursuant to the parties' Stipulation and 28 U.S.C. § 1447(c), this action is remanded to the Riverside Superior Court, Case No. RIC 1903720.

IT IS SO ORDERED.